```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
BRITTANY HOSEA-SMALL,

                    Plaintiff,
                                                    ORDER
        - against -
                                               21 Civ. 2182 (NRB)
FOX TELEVISION STATIONS, LLC,

                    Defendant.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 12.

DATED:   New York, New York
         May 5, 2021

_____
       NAOMI REICE BUCHWALD
    UNITED STATES DISTRICT JUDGE